# ELECTRONIC RECORD

369-14

| | | |
|---|---|---|
| COA # 01-13-00458-CR | OFFENSE: | Appeal of Order on Motion |
| STYLE: William Solomon Lewis v. The State of Texas | COUNTY: | Brazoria |
| COA DISPOSITION: AFFIRM | TRIAL COURT: | 239th District Court |
| DATE: 03/06/14        Publish: YES | TC CASE #: | 59246 |

# IN THE COURT OF CRIMINAL APPEALS

369-14

| | |
|---|---|
| STYLE: William Solomon Lewis v. The State of Texas | CCA #: 369-14 |
| PRO SE Petition | CCA Disposition: |
| FOR DISCRETIONARY REVIEW IN CCA IS: | DATE: |
| STRUCK | JUDGE: |
| DATE: 07/23/2014 | SIGNED: _____ PC: _____ |
| JUDGE: Per Curiam | PUBLISH: _____ DNP: _____ |

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

PRO SE PETITION

JUDGE: _____

FOR DISCRETIONARY REVIEW

IS  refused

**ELECTRONIC RECORD**

DATE Dec. 17, 2014

PC

**JUDGE**